# COMMONWEALTH OF VIRGINIA



SPOTSYLVANIA CIRCUIT COURT
Civil Division
POB 96/9107 JUDICIAL CENTER LANE
SPOTSYLVANIA VA 22553
(540) 507-7614

Proof of Service

Virginia:
In the SPOTSYLVANIA CIRCUIT COURT

Case number: 177CL15000754-00
Service number: 001
Service filed: August 12, 2015

Served by: HENRICO COUNTY
Judge:

Style of case: FRANKLIN BUCKNER vs HARTFORD CASUALTY INSURANCE

Service on: HARTFORD CASUALTY INSURANCE
R/A: CT CORPORATION SYSTEM
4701 COX ROAD, SUITE 285
GLEN ALLEN VA 23060

Attorney: MERGENTHAL, KENNETH P
(540)373-2905

285 0021

```
RECEIVED + FILED
AUG 24 2015
SPOTSYLVANIA CIRCUIT COURT
```

Instructions: COMPLAINT

Returns shall be made hereon, showing service of Summons issued Wednesday, August 12, 2015 with a copy of the Complaint filed Wednesday, August 12, 2015 attached.

Hearing date :
Service issued: Wednesday, August 12, 2015

For Sheriff Use Only

2015 AUG 17 P 12:23
HENRICO SHERIFF OFFICE
RECEIVED



EXHIBIT A

**NAME AND ADDRESS**
SAME AS FRONT

☐ PERSONAL SERVICE
☐ Being unable to make personal service, a copy was delivered in the following manner:
☐ Delivered to person found in charge of usual place of business or employment during business hours and giving information to its purport.
☐ Delivered to family member (not temporary sojourner or guest) age 16 or order at usual place of abode of party named above giving information of its purport. List name, age of recipient and relation of recipient to party named above.
☐ Posted on the common door of usual place of abode, address listed above. (Other authorized recipient not found.)
☐ Copy mailed to judgment debtor on date below after serving the garnishee unless a different date is shown below.

☐ Evicted   ☐ Not Evicted  matthew
☒ Served on registered agent
☐ Not found
☐ NO EFFECTS FOUND

DATE 3-18-15

Signature — DEPUTY SHERIFF
FOR Sheriff

# Service Authorization
## CT Corporation System

CT Corporation System ("CT") is registered agent for service of process for numerous corporations and similar entities. CT receives the process only in its capacity as a commercial registered agent. The individuals designated below are employees of CT Corporation System and in receiving the process, do so only on CT's behalf and in CT's capacity as registered agent.

**PLEASE NOTE:** The Code of Virginia §§ 13.1-634 provides in part:

> "Registered office and registered agent.
> A. ...
>
> B. The sole duty of the registered agent is to forward to the corporation at its last known address any process, notice or demand that is served on the registered agent."

*As such, neither CT Corporation System, nor its individual employees designated below, have the duty or the ability to respond to any legal process, notice or demand that is served on CT's clients.*

The following natural persons are designated in the office of the registered agent upon whom any process, notice or demand may be served:

Lisa Uttech     Katie Bush     Teresa Brown

RECEIVED + FILED
AUG 2 4 2015
SPOTSYLVANIA CIRCUIT COURT

This authorization does not certify the receipt or acceptance of any specific process.

_____
Lisa Uttech
Corporate Operations Manager
CT Corporation System


State of Virginia
County of Henrico

This day personally appeared before me, Lisa Uttech, who name is signed above and who, being first duly sworn, upon her oath, state that the foregoing Affidavit is true to the best of her knowledge and belief.
Subscribed and sworn before me this 5th day of June, 2014.

#7786304

_____
Notary Public

Comm exp. 8/31/17

# COMMONWEALTH OF VIRGINIA



SPOTSYLVANIA CIRCUIT COURT
Civil Division
POB 96/9107 JUDICIAL CENTER LANE
SPOTSYLVANIA VA 22553
(540) 507-7614

Proof of Service

Virginia:
In the SPOTSYLVANIA CIRCUIT COURT

Case number: 177CL15000754-00
Service number: 001
Service filed: August 12, 2015

Served by: HENRICO COUNTY
Judge:

Style of case: FRANKLIN BUCKNER vs HARTFORD CASUALTY INSURANCE

Service on: HARTFORD CASUALTY INSURANCE
R/A: CT CORPORATION SYSTEM
4701 COX ROAD, SUITE 285
GLEN ALLEN VA 23060

Attorney: MERGENTHAL, KENNETH P
(540)373-2905

Instructions: COMPLAINT

Returns shall be made hereon, showing service of Summons issued Wednesday, August 12, 2015 with a copy of the Complaint filed Wednesday, August 12, 2015 attached.

Hearing date :
Service issued: Wednesday, August 12, 2015

For Sheriff Use Only

# COMMONWEALTH OF VIRGINIA



SPOTSYLVANIA CIRCUIT COURT
Civil Division
POB 96/9107 JUDICIAL CENTER LANE
SPOTSYLVANIA VA 22553
(540) 507-7614

Summons

To: HARTFORD CASUALTY INSURANCE
R/A: CT CORPORATION SYSTEM
4701 COX ROAD, SUITE 285
GLEN ALLEN VA 23060

Case No. 177CL15000754-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Wednesday, August 12, 2015

Clerk of Court: CHRISTALYN MITCHELL JETT

by _____Denise Campbell_____
(CLERK/DEPUTY CLERK)

Instructions: COMPLAINT

Hearing Official:

Attorney's name: MERGENTHAL, KENNETH P
(540)373-2905

VIRGINIA:
    IN THE CIRCUIT COURT OF SPOTSYLVANIA

FRANKLIN BUCKNER,
PATRICIA BUCKNER
        Plaintiff

CL15-754

v.

HARTFORD CASUALTY INSURANCE
        Defendant
REGISTRED AGENT: CT CORPORATION SYSTEM
        4701 Cox Road, Suite 285
        Glen Allen, VA  23060

TRUMBULL INSURANCE COMPANY
        Defendant
REGISTERED AGENT: CT CORPORATION SYSTEM
        4701 Cox Road, Suite 285
        Glen Allen, VA  23060

## COMPLAINT

1. That the Plaintiffs are the owners of 6101 Fox Point Road, Fredericksburg, Virginia 22407.

2. That the Plaintiffs purchased a hazard insurance policy #56RBD641139 written by Turnbull Insurance company as a subsidiary of Hartford Insurance.

3. That said policy covered water damage to the interior of the home.

4. That on August 13, 2013 a hose broke that was connected to the washing machine located in the insureds residence owned by the Plaintiffs.

5. That as a result of the broken hose, water damage occurred in the interior of the home that would be covered by the provision of the aforesaid hazard insurance policy purchased by the Plaintiffs.

6. That as a result of the water damage the Plaintiffs have incurred uncompensated damages in the amount of $33,312.99.

7. That despite numerous demands by the Plaintiffs for compensation for the $33,312.99 the Defendants have refused to pay for said damages.

8. That during the course of the Plaintiffs demand for compensation from their insurance coverage the Defendants have repeatedly dismissed adjusters working on the Plaintiffs claim in a deliberate attempt to have the Plaintiffs complaint be barred by the statute of limitations as stated in the policy.

9. That the Defendants had a duty to make a good faith effort to settle the claims of the Plaintiffs and as a result of their delay in addressing the Plaintiffs claims the Plaintiffs have been required

to file suit to preserve their claims under the two year *statute of limitations contained in the insurance policy.*

WHEREAS, your plaintiff prays for compensatory damages in the amount of $33,312.99 together with *punitive damages in the amount of* $100,000.00.

                                    FRANKLIN BUCKNER,
                                    PATRICIA BUCKNER

                                    By Counsel

Kenneth P. Mergenthal
404 Princess Anne Street
Fredericksburg, VA 22401
540-373-2905, VSB# 16256

# COMMONWEALTH OF VIRGINIA





SPOTSYLVANIA CIRCUIT COURT
Civil Division
POB 96/9107 JUDICIAL CENTER LANE
SPOTSYLVANIA VA 22553
(540) 507-7614

Proof of Service

Virginia:
In the SPOTSYLVANIA CIRCUIT COURT

Case number: 177CL15000754-00
Service number: 002
Service filed: August 12, 2015
Judge:

Served by: HENRICO COUNTY
Style of case: FRANKLIN BUCKNER vs HARTFORD CASUALTY INSURANCE
Service on: TRUMBALL INSURANCE COMPANY
R/A: CT CORPORATION SYSTEM
4701 COX ROAD, SUITE 285
GLEN ALLEN VA 23060

Attorney: MERGENTHAL, KENNETH P
(540)373-2905

285 0023

Instructions: COMPLAINT

Returns shall be made hereon, showing service of Summons issued Wednesday, August 12, 2015 with a copy of the Complaint filed Wednesday, August 12, 2015 attached.

Hearing date :
Service issued: Wednesday, August 12, 2015

For Sheriff Use Only

RECEIVED + FILED
AUG 24 2015
SPOTSYLVANIA CIRCUIT COURT

HENRICO SHERIFF OFFICE
2015 AUG 17 P 12: 23
RECEIVED

**NAME AND ADDRESS**

NAME **SAME AS FRONT**

- [ ] PERSONAL SERVICE
- [ ] Being unable to make personal service, a copy was delivered in the following manner:
- [ ] Delivered to person found in charge of usual place of business or employment during business hours and giving information to its purport.
- [ ] Delivered to family member (not temporary sojourner or guest) age 16 or order at usual place of abode of party named above giving information of its purport. List name, age of recipient and relation of recipient to party named above.
- [ ] Posted on the common door of usual place of abode, address listed above. (Other authorized recipient not found.)
- [ ] Copy mailed to judgment debtor on date below after serving the garnishee unless a different date is shown below.
- [ ] Evicted
- [ ] Not-Evicted
- [x] Served on registered agent Lisa Uttech
- [ ] Not found
- [ ] NO EFFECTS FOUND

8-18-15

DATE

DEPUTY SHERIFF

FOR Sheriff Michael L. Wade
Henrico County, Virginia

## Service Authorization
## CT Corporation System

CT Corporation System ("CT") is registered agent for service of process for numerous corporations and similar entities. CT receives the process only in its capacity as a commercial registered agent. The individuals designated below are employees of CT Corporation System and in receiving the process, do so only on CT's behalf and in CT's capacity as registered agent.

**PLEASE NOTE:** The Code of Virginia §§ 13.1-634 provides in part:

> "Registered office and registered agent.
> A. ...
>
> B. The sole duty of the registered agent is to forward to the corporation at its last known address any process, notice or demand that is served on the registered agent."

*As such, neither CT Corporation System, nor its individual employees designated below, have the duty or the ability to respond to any legal process, notice or demand that is served on CT's clients.*

The following natural persons are designated in the office of the registered agent upon whom any process, notice or demand may be served:

Lisa Uttech        Katie Bush        Teresa Brown

This authorization does not certify the receipt or acceptance of any specific process.

_____
Lisa Uttech
Corporate Operations Manager
CT Corporation System

RECEIVED + FILED
AUG 24 2015
SPOTSYLVANIA CIRCUIT COURT

State of Virginia
County of Henrico

This day personally appeared before me, Lisa Uttech, who name is signed above and who, being first duly sworn, upon her oath, state that the foregoing Affidavit is true to the best of her knowledge and belief.
Subscribed and sworn before me this 5th day of June, 2014.

_____
Notary Public

#286304
Comm exp. 8/31/17

# COMMONWEALTH OF VIRGINIA



SPOTSYLVANIA CIRCUIT COURT
Civil Division
POB 96/9107 JUDICIAL CENTER LANE
SPOTSYLVANIA VA 22553
(540) 507-7614

Summons

To: TRUMBALL INSURANCE COMPANY
R/A: CT CORPORATION SYSTEM
4701 COX ROAD, SUITE 285
GLEN ALLEN VA 23060

Case No. 177CL15000754-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Wednesday, August 12, 2015

Clerk of Court: CHRISTALYN MITCHELL JETT

by _Denise Campbell_
(CLERK/DEPUTY CLERK)

Instructions:    COMPLAINT

Hearing Official:

Attorney's name:    MERGENTHAL, KENNETH P
(540)373-2905

VIRGINIA:
    IN THE CIRCUIT COURT OF SPOTSYLVANIA

FRANKLIN BUCKNER,
PATRICIA BUCKNER
    Plaintiff

CL15-754

v.

HARTFORD CASUALTY INSURANCE
    Defendant
REGISTRED AGENT: CT CORPORATION SYSTEM
    4701 Cox Road, Suite 285
    Glen Allen, VA 23060

TRUMBULL INSURANCE COMPANY
    Defendant
REGISTERED AGENT: CT CORPORATION SYSTEM
    4701 Cox Road, Suite 285
    Glen Allen, VA 23060

## COMPLAINT

1. That the Plaintiffs are the owners of 6101 Fox Point Road, Fredericksburg, Virginia 22407.

2. That the Plaintiffs purchased a hazard insurance policy #56RBD641139 written by Turnbull Insurance company as a subsidiary of Hartford Insurance.

3. That said policy covered water damage to the interior of the home.

4. That on August 13, 2013 a hose broke that was connected to the washing machine located in the insureds residence owned by the Plaintiffs.

5. That as a result of the broken hose, water damage occurred in the interior of the home that would be covered by the provision of the aforesaid hazard insurance policy purchased by the Plaintiffs.

6. That as a result of the water damage the Plaintiffs have incurred uncompensated damages in the amount of $33,312.99.

7. That despite numerous demands by the Plaintiffs for compensation for the $33,312.99 the Defendants have refused to pay for said damages.

8. That during the course of the Plaintiffs demand for compensation from their insurance coverage the Defendants have repeatedly dismissed adjusters working on the Plaintiffs claim in a deliberate attempt to have the Plaintiffs complaint be barred by the statute of limitations as stated in the policy.

9. That the Defendants had a duty to make a good faith effort to settle the claims of the Plaintiffs and as a result of their delay in addressing the Plaintiffs claims the Plaintiffs have been required

to file suit to preserve their claims under the two year statute of limitations contained in the insurance policy.

WHEREAS, your plaintiff prays for compensatory damages in the amount of $33,312.99 together with *punitive damages in the amount of $100,000.00*.

FRANKLIN BUCKNER,
PATRICIA BUCKNER

_____
By Counsel

Kenneth P. Mergenthal
404 Princess Anne Street
Fredericksburg, VA  22401
540-373-2905, VSB# 16256