IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FRANKLIN BUCKNER, et al.,

    Plaintiffs,

v.                             Civil Action No. 3:15cv528

HARTFORD CASUALTY INSURANCE,
et al.,

    Defendants.

**ORDER**

    Having considered DEFENDANT HARTFORD CASUALTY INSURANCE'S MOTION TO DISMISS (Docket No. 5), and there having been no timely response filed by the plaintiffs, and it appearing from the substance of the supporting memorandum filed by Hartford Casualty Insurance that the motion is well taken in that there is no claim upon which relief could be granted as to Hartford Casualty Insurance, it is hereby ORDERED that DEFENDANT HARTFORD CASUALTY INSURANCE'S MOTION TO DISMISS (Docket No. 5) is granted and this action is dismissed with prejudice as to Hartford Casualty Insurance.

    It is so ORDERED.

                                          /s/ *REP*
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: October 19, 2015