## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |  |
|---|---|---|
| **FRANKLIN BUCKNER,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **PATRICIA BUCKNER,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No: 3:15cv528** |
| | ) | |
| **TRUMBULL INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Franklin Buckner and Patricia Buckner and Defendant Trumbull Insurance Company, by and through their respective counsel, hereby stipulate and agree that this action shall be dismissed with prejudice, with each party bearing its own costs and attorney's fees.

DATED:      March 29, 2016

___/s/ Kenneth P. Mergenthal_____
Kenneth P. Mergenthal, Esq.
404 Princess Anne Street
Fredericksburg, VA  22401
Telephone:  (540) 373-2905
kenmergenthal@gmail.com
*Counsel for Franklin Buckner and*
*Patricia Buckner*

__/s/ John B. Mumford, Jr._____
Kathryn E. Kasper (VSB No.: 74124)
John B. Mumford, Jr. (VSB No.: 38764)
Hancock, Daniel, Johnson & Nagle, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
Telephone: (804) 967-9604
Facsimile:  (804) 967-9888
kkasper@hdjn.com
jmumford@hdjn.com
*Counsel for Trumbull Insurance Company*