IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

FRANKLIN BUCKNER, *et al.*,  )
    Plaintiffs,  )
        )
v.  )   Civil No. 3:15cv528 (DJN)
        )
TRUMBULL INSURANCE COMPANY,  )
    Defendant.  )
        )

**DISMISSAL ORDER**

This matter comes before the Court on the parties' Stipulation of Dismissal (ECF No. 17) filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Finding good cause to accept the stipulation, it is HEREBY ORDERED that this action be DISMISSED WITH PREJUDICE and stricken from the docket. Each party is to bear its own costs and attorneys' fees.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                /s/
                            David J. Novak
                            United States Magistrate Judge

Richmond, Virginia
Date: April 4, 2016